**Opinion issued June 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-24-00001-CV**

_____

**CASEY LEE BEACOM, Appellant**

**V.**

**TEXAS DOW EMPLOYEES CREDIT UNION, Appellee**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 122871-CV**

---

**MEMORANDUM OPINION**

Appellant's brief was due to be filed on February 5, 2024. On February 14, 2024, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond or file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R.

APP. P. 42.3. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.